UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JUDE PRIME,**

      **Plaintiff,**

v.                                Case No. 6:21-cv-648-CEM-DCI

**PARADISE GRILLING
SYSTEMS, INC.,**

      **Defendant.**

_____/

# ORDER

THIS CAUSE is before the Court on the parties' Renewed Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice ("Motion," Doc. 20). The United States Magistrate Judge issued a Report and Recommendation (Doc. 21), recommending that the Motion be granted in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. 20) is **GRANTED in part** and **DENIED in part**.

   a. The modification clause of the Settlement Agreement, (Doc. 20-1 at 5), is **STRICKEN**.

   b. As modified herein, the Settlement Agreement (Doc 20-1) is **APPROVED**.

   c. The Motion is otherwise **DENIED**.

3. The case is **DISMISSED with prejudice**.

4. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on September 20, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record